IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
:
ERIC DANYEL MILLER : CRIMINAL NO. 08-458-4

ORDER

AND NOW, this 29th day of April 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and upon consideration of the same factors pursuant to 18 U.S.C. § 3553 and U.S.S.G. § 5K1.1 that led the Court to the determination of its initial sentence, it is hereby ORDERED that defendant's term of imprisonment on Counts 1s, 4s, and 6s is reduced to 102 months, effective November 1, 2015. Defendant remains subject to a 20-month consecutive sentence on Count 5s which is unaffected by Amendment 782. Therefore, defendant's total term of imprisonment is hereby set at 122 months, effective November 1, 2015.

BY THE COURT:

s/Legrome D. Davis
Legrome D. Davis, J.