## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

        v. : **Criminal No. 08-CR-458-04**

ERIC D. MILLER :

### PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the criminal monetary penalties portion of the criminal

judgment entered in the above-captioned case.  This Praecipe applies only to any special

assessment, restitution, and criminal fine obligation entered against the above-named

defendant.

ZANE DAVID MEMEGER
United States Attorney

JOSEPH F. MINNI
Assistant United States Attorney
Pennsylvania Bar Id. No. 53241
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

Date: 12/19/16