IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO: 2:08CR00458-04 |
| ERIC MILLER | : |

## ORDER

AND NOW, this 28th day of February 2018, it is hereby ORDERED that due to Eric Miller's successful completion of the U.S. Probation Office's Supervision to Aid Re-entry Program, his term of supervised release scheduled to expire on January 19, 2022, shall be reduced by twelve months.

BY THE COURT:

*[signature]*
PETRESE B. TUCKER
US DISTRICT COURT JUDGE